This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40303

**LABOR RELATIONS DIVISION OF THE NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS, by and through the SECOND JUDICIAL DISTRICT ATTORNEY, and JANE and JOHN DOES I-IX,**

Plaintiffs-Appellants,

and

**CITY OF ALBUQUERQUE,**

Plaintiff,

v.

**HACIENDA DEL RIO, INC.; HACIENDA DEL RIO CORONADO, INC.; HACIENDA DEL RIO EXPRESS, INC.; LA HACIENDA RESTAURANT, INC.; RIO GRANDE BAR & GRILL, INC.; SOLITAIRE INVESTMENT GROUP, INC.; CANDY LAND OF OLD TOWN, INC. d/b/a HACIENDA DEL RIO RESTAURANT AND CANTINA; TIO CHAVA'S RESTAURANT & CANTINA; BRANDING IRON BAR & GRILL; DAVID ROSALES; and ANDRES GRIEGO ROSALES,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Joshua A. Allison, District Court Judge**

Richard L. Branch
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**BOGARDUS, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**SHAMMARA H. HENDERSON, Judge**